```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

NUCORP, LTD.         :

       v.           :   Civil Action No. DKC 12-0089

JOHN DOE 1           :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 14th day of May, 2012, by the United States District Court for the District of Maryland, ORDERED that:

    1.  The motion to quash or vacate order filed by Defendant John Doe 1 (ECF No. 12) BE, and the same hereby IS, DENIED;

    2.  The motion for extension of time to serve the summons and complaint filed by Plaintiff Nucorp, Ltd. (ECF No. 20), BE, and the same hereby IS, GRANTED.  The deadline for service of the summons and complaint SHALL BE EXTENDED twenty-eight (28) days from the date of this order; and

    3.  The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                                      /s/
                                         DEBORAH K. CHASANOW
                                         United States District Judge